IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:10CR416 |
| | ) | |
| MIGUEL SANTIAGO RAMIREZ, | ) | |
|    a/k/a Castor | ) | |
|    a/k/a Chilango | ) | |
| | ) | |
|    Defendant. | ) | |

## STATEMENT OF FACTS

Were this matter to go to trial, the United States of America would prove the following facts beyond a reasonable doubt:

1. The defendant, MIGUEL SANTIAGO RAMIREZ, also known as Castor and Chilango, operated a prostitution organization in Fairfax County, Virginia, within the Eastern District of Virginia, for a period of four years.

2. SANTIAGO RAMIREZ advertised the prostitution service by distributing business cards.

3. SANTIAGO RAMIREZ met O.R., a prostitute, on October 11, 2010 at the Greyhound bus station in Washington, D.C. SANTIAGO RAMIREZ drove O.R. to Falls Church, Virginia, within the Eastern District of Virginia, for O.R. to engage in prostitution. At the end of the night, SANTIAGO RAMIREZ drove O.R. to an apartment in Maryland.

4. On October 12, 13 and 14, 2010, SANTIAGO RAMIREZ drove O.R. from Maryland to Falls Church, Virginia, within the Eastern District of Virginia, for O.R. to engage in prostitution.

1



5. The acts described above were done willfully and knowingly and with the specific intent to violate the law, and not by accident, mistake, inadvertence, or other innocent reason.

6. This Statement of Facts does not contain each and every fact known to the defendant and to the United States concerning the defendant's and others' involvement in the charges set forth in the plea agreement.

7. The Statement of Facts shall be admissible as a knowing and voluntary confession in any proceeding against the defendant regardless of whether the plea agreement is presented to or accepted by a court. Moreover, the defendant waives any rights that the defendant may have under Fed. R. Crim. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any such proceeding.

Respectfully submitted,

Neil H. MacBride
United States Attorney

Jonathan Fahey
Assistant United States Attorney

Marc J. Birnbaum
Special Assistant United States Attorney

2

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, MIGUEL SANTIAGO RAMIREZ, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*Miguel Santiago*
MIGUEL SANTIAGO RAMIREZ
Defendant

I am , MIGUEL SANTIAGO RAMIREZ's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Michael Arif, Esq.
Attorney for Miguel Santiago Ramirez

3